**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANA FINANCIAL, INC.<br><br>                Plaintiff,<br><br>     v.<br><br>HANA BANK and HANA FINANCIAL GROUP<br><br>                Defendants.<br><br>AND COUNTERCLAIM | No.   CV 07-1534 PA (JWJx)<br><br>JUDGMENT |

      In accordance with the Court's January 7, 2008 Minute Order granting summary judgment in favor of defendants Hana Bank and Hana Financial Group (collectively "Hana Bank") on the Complaint filed by plaintiff Hana Financial, Inc. ("Hana Financial") and in favor of Hana Financial on the Counterclaim filed by Hana Bank,

      It is therefore now ORDERED, ADJUDGED, and DECREED that judgment is entered in this action as follows:

      1.    Hana Financial shall recover nothing from Hana Bank on Hana Financial's claims;

      2.    Hana Bank shall have judgment in its favor on Hana Financial's claims;

3. Hana Bank shall recover nothing from Hana Financial on Hana Bank's counterclaim;

4. Hana Financial shall have judgment in its favor on Hana Bank's counterclaim; and

5. Each party shall bear its own costs of suit.

The Clerk is ordered to enter this Judgment.

DATED: January 8, 2008

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE