1
2
3
4
5
6
7
8        UNITED STATES DISTRICT COURT
9        CENTRAL DISTRICT OF CALIFORNIA
10

11  HANA FINANCIAL, INC.           No. CV 07-1534 PA (JWJx)
12        Plaintiff,               VERDICT FORM
13     v.
14  HANA BANK,
        Defendant.
15

16
17
18
19
20                    **REDACTED**
21
22
23
24
25
26
27
28

FILED
CLERK, U.S. DISTRICT COURT
MAY 27 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1. Has defendant Hana Bank used its mark in commerce in the United States beginning prior to April 1, 1995, and continuously since that date?

    _X_ Yes       ___ No

    If you answered "No," go to Question 2. If you answered "Yes," go to Question 5.

2. Is defendant liable to plaintiff for trademark infringement?

    ___ Yes       ___ No

    If you answered "Yes," go to Question 3. If you answered "No," go to Question 5.

3. Did defendant intentionally use plaintiff's mark knowing it was an infringement?

    ___ Yes       ___ No

    If you answered "Yes," go to Question 4. If you answered "No," go to Question 5.

4. What amount of damages do you award to plaintiff?

    $ _____

    Go to Question 5.

5. Has defendant proven its "unclean hands" defense such that plaintiff should not prevail on its claims?

    ___ Yes       _X_ No

    Go to Question 6.

6. Has defendant proven its "laches" defense such that plaintiff should not prevail on its claims?

    _X_ Yes       ___ No

    **REDACTED**

DATED: May 27, 2011

_____
Foreperson of the Jury

-2-