JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANA FINANCIAL, INC. | No.    CV 07-1534 PA (JWJx) |
| Plaintiff, | JUDGMENT |
| v. | |
| HANA BANK and HANA FINANCIAL GROUP | |
| Defendants. | |

In accordance with the jury's May 27, 2011 Verdict and the Court's Findings of Fact and Conclusions of Law, defendants Hana Bank and Hana Financial Group are entitled to judgment on all of plaintiff Hana Financial, Inc.'s claims.

It is therefore now ORDERED, ADJUDGED, and DECREED that Hana Financial, Inc. shall recover nothing from Hana Bank and Hana Financial Group.

//

//

//

//

1     It is FURTHER ORDERED, ADJUDGED, and DECREED that Hana Bank and

2  Hana Financial Group shall have their costs of suit.

3     The Clerk is ordered to enter this Judgment.

4

5  DATED: June 29, 2011

6                                              _____
                                                      Percy Anderson
7                                              UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28